**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 8 EAL 2015
:
                    Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
            v. :
:
:
:
TELLY WILLIAMS, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.